UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-00034(01) RM |
| ) | |
| VERRHONTEZ WILLIAMS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 17, 2009 [Doc. No. 16]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Verrhontez Williams' plea of guilty, and FINDS the defendant guilty of Counts 1, 2, and 3 of the Indictment, in violation of Count 1: 18 U.S.C. § 922(a)(6), 924(a)(2) and 2; Count 2: 18 U.S.C. § 922(a)(6), 924(a)(2); and Count 3: 18 U.S.C. § 1512(b)(3).

SO ORDERED.

ENTERED: May 4, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court